# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | McMaster-Carr Supply Company | 11/30/2022 | Wire | $ 9,969.77 |
| Akorn Operating Company, LLC | McMaster-Carr Supply Company | 12/9/2022 | Wire | $ 28.84 |
| Akorn Operating Company, LLC | McMaster-Carr Supply Company | 1/13/2023 | Wire | $ 18,153.95 |
| Akorn Operating Company, LLC | McMaster-Carr Supply Company | 2/1/2023 | Wire | $ 8,989.45 |
| Akorn Operating Company, LLC | McMaster-Carr Supply Company | 2/14/2023 | Wire | $ 3,821.87 |
|  |  |  |  | $ 40,963.88 |