# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al*. | Case No. 23-10253 (KBO) (Jointly Administered) |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, Evan T. Miller, hereby certify that on March 17, 2025, I caused a true and correct copy of the *Chapter 7 Trustee's Second Notice of Settlement of Avoidance Claims with Gross Transfers Equal to or Less than $500,000.00 Pursuant to the Settlement Procedures Order* (the "Notice") to be electronically filed with the Court using the Court's Case Management/Electronic Case Files system ("CM/ECF"). Notification of filing was received by way of electronic service via a Notice of Electronic Filing (NEF) through the Court's CM/ECF system to all parties receiving notifications through CM/ECF in the above-captioned Estates.

I further certify that on March 17, 2025, I caused a copy of the Notice to be served via electronic mail on the parties identified on the service list attached hereto as Exhibit "A".

I further certify that on March 17, 2025, I caused a copy of the Notice to be served via U.S. First Class Mail on the parties identified on the service list attached hereto as Exhibit "B".

**SAUL EWING LLP**

 */s/ Evan T. Miller*
Evan T. Miller (No. 5364)
1201 North Main Street, Suite 2300
Wilmington, DE 19801
Tel.: (302) 421-6800
Facsimile: (302) 421-6813
E-mail: evan.miller@saul.com

# **Exhibit A- Via Electronic Mail**

Richard L. Schepacarter
Office of the United States Trustee
U. S. Department of Justice 844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
richard.schepacarter@usdoj.gov;

Abbey Color
c/o Dillon Ross, Esquire
Ross Law Offices
3801 Skippack Pike #1403
Skippack, PA 19474-1403
TheRossLawFirm@gmail.com

Interchem Corporation
c/o J. Christopher Jensen, Esquire
General Counsel, Pharmasphere, Inc.
120 Route 17 North
Paramus, New Jersey 07652
jcj@pharmaspherex.com

Reed-Lane Inc
c/o David L. Johnson, Esquire
Morris, Downing & Sherred LLP
One Main Street, PO Box 67
Newton, NJ 07860
djohnson@mdsfirm.com


Quantic Group Ltd.
c/o John August, Esquire
Saiber LLC
18 Columbia Turnpike
Florham Park, NJ 07932
jaugust@saiber.com

Fedegari Technologies
c/o Gavin Laboski, Esquire
Laboski Law
314 W Broad St #124
Quakertown, PA 18951
gavin@laboskilaw.com

Olympic Web Design
c/o Dan Gibbons, Esquire
Paine Hamblem, P.S.
717 W Sprague Ave
Spokane, WA 99201
djg@painehamblen.com

Poynter Sheet Metal, Inc.
c/o James P. Moloy, Esquire
Bose McKinney & Evans LLP
2000 M St NW Suite #520
Washington, DC 20036
jmoloy@boselaw.com

Atlantic Scale Co.
c/o Jack Algieri, Esquire
Atlantic Scale Company, Inc.
136 Washington Ave
Nutley, NJ 07110
jacka@atlanticscale.com

Microbiologics
Judy Boettcher
Mike Prasch - CFO
Accounts Receivable Specialist
jboettcher@microbiologics.com
mprasch@microbiologics.com

ArentFox Schiff LLP
Attn: Jackson D. Toof
1717 K Street, NW
Washington, D.C. 20006
Jackson.toof@afslaw.com

American International Chemical Inc.
2000 West Park Drive, Suite 300
Westborough MA 01581
jholden@lbbspecialties.com

## **Exhibit B- Via First Class Mail**

Abbey Color
400 E Tioga St
Philadelphia, PA 19134

Interchem Corporation
120 Route 17 North
Paramus, New Jersey 07652

McMaster-Carr Supply Company
C/O CT Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604-1101

McMaster-Carr Supply Company
PO BOX 7690
Chicago, IL 60680-7690

McMaster-Carr Supply Company
John Williams
600 N County Line Rd
Elmhurst, IL 60126

Reed-Lane Inc
359 Newark Pompton Turnpike
Wayne, NY 07470

Quantic Group Ltd.
5N Regent Street
Suite 502
Livingston, NJ 07039

Microbiologics
200 Cooper Ave N
St. Cloud, MN 56303

Fedegari Technologies
1228 Bethlehem Pike
Sellersville, PA 18960

Olympic Web Design
12128 North Division Street, Suite 138
Spokane, WA 99218

Lesman Instruments
c/o Illinois Corporation Services Company
801 Adlai Stevenson Drive
Springfield, IL 62703-4261

Lesman Instruments
c/o Lisa Ward
8600 Westmoreland Dr NW
Concord, NC 28027

Lesman Instruments
PO BOX 7640
Carol Stream, IL 60197-7640

Poynter Sheet Metal, Inc.
775 Commerce Parkway West Dr.
Greenwood, IN 46143

Atlantic Scale Co.
136 Washington Ave
Nutley, NJ 07110